IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS LEE BROWN, JR.,  :
:
    Petitioner  :
:
v.  :    CIVIL NO. 4:CV-13-1495
:
SUPT. DANIEL BURNS,  :    (Judge Brann)
:
    Respondent  :

## ORDER

November 18, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Brown's habeas corpus petition is **DENIED.**

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

    BY THE COURT:

      s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge